# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700029

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## DAVIDMARK M. ANDION
Logistics Specialist Second Class (E-5), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commander, Navy Region Northwest, Silverdale, WA.
Staff Judge Advocate's Recommendation: Lieutenant Commander Justin L. Hawks, JAGC, USN.
For Appellant: Major Jason L. Morris, USMC.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 27 April 2017

———————————————

Before CAMPBELL, FULTON, and JONES, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court